UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HELEN SWARTZ,<br><br>                              Plaintiff(s),<br><br>v.<br><br>444 PARK AVENUE SOUTH OWNER LLC,<br><br>                              Defendant(s). | 23 Civ. 5760 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On January 10, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for January 17, 2024.  *See* Dkt. No. 19.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: January 11, 2024
       New York, New York

_____
DALE E. HO
United States District Judge